**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA KENT, | : | |
|     Plaintiff | : | No. 1:14-cv-00413 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| KEYSTONE HUMAN SERVICES, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 16th day of December 2014, **IT IS HEREBY ORDERED THAT** the motion to partially dismiss (Doc. No. 6) filed by Defendant Keystone Human Services is **GRANTED** as follows:

1. Count V of Plaintiff's amended complaint (Doc. No. 5) for termination in violation of Pennsylvania's Whistleblower Law is **DISMISSED WITH PREJUDICE** per the stipulation of the parties;

2. Count IV of Plaintiff's amended complaint (Doc. No. 5) for termination in violation of Pennsylvania's public policy exception is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's remaining claims are not dismissed.

    S/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania